

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2016

No. 04-16-00593-CV

Alvin M. **BURNS**, I.M. Burns, Dimmit County, Hakim Dermish, Robert L. Ramirez and Edward J. Dryden,
Appellants

v.

**ROSETTA RESOURCES, LTD.**, a/k/a Rosetta Resources, Inc., Eusebio Cantu Torres, Eusebio Torres, Jr., Gladiator Energy Services, LLC,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

# O R D E R

On October 27, 2016, this court issued an order instructing appellants Edward J. Dryden and Roberto L. Ramirez, Jr. to respond with a reasonable explanation for failing to file their notice of appeal in a timely manner. The court, having considered appellants' response, finds that appellants have provided an adequate explanation for filing their notice of appeal late but within the fifteen-day grace period. *See* TEX. R. APP. P. 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Therefore, the appeal brought by Edward J. Dryden and Roberto L. Ramirez, Jr. is retained on this court's docket.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court